**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Tina J. Lane_____ Case No. __20 B 01034__ Chapter __13__

All Cases: Moving Creditor _____First Investors Financial Services_____ Date Case Filed __1/14/20__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __3/31/20__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model _____2016 Kia Optima_____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ _____15,208.84_____
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____11,750.00_____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $ _____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __4__   Amount $ __1,687.85 w/ next due 7/15__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection  § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____6/24/20_____            _____/s/ Cari A. Kauffman_____
                                      Counsel for Movant

(Rev. 12 /21/09)